No. 10–1497. BLEDSOE ET AL. v. EMERY WORLDWIDE AIR-LINES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–1498. MORRIS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–1501. KATYLE ET AL. v. PENN NATIONAL GAMING, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–1502. APP PHARMACEUTICALS, LLC v. NAVINTA LLC. C. A. Fed. Cir. Certiorari denied.

No. 10–1503. REZNER v. BAYERISCHE HYPO-UND VEREINS-BANK AG ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–1504. WHITE v. HITACHI, LTD., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 10–1505. ORANGE COUNTY, CALIFORNIA, ET AL. v. KHATIB. C. A. 9th Cir. Certiorari denied.

No. 10–1506. RECTOR v. WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–1507. REA v. FEDERATED INVESTORS. C. A. 3d Cir. Certiorari denied.

No. 10–1508. ANSARI v. NCS PEARSON, INC., DBA PEARSON VUE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–1509. JENNINGS v. SOCIAL SECURITY ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 10–1511. CLEARY v. MACOMB COUNTY, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–1514. CAMPBELL v. SUPREME COURT OF NEW JERSEY ADVISORY COMMITTEE ON JUDICIAL CONDUCT. Sup. Ct. N. J. Certiorari denied.